IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Joseph A. Carpenter, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| N.D. Warden Don Redmann, | ) | |
| | ) | Case No. 1:13-cv-153 |
| Respondent. | ) | |

The court, without passing on its merits, **ORDERS** that the Respondent file an answer or otherwise file a response to Petitioner Joseph A. Carpenter's amended petition for habeas corpus relief. The Respondent's answer shall comply with the requirements of Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court. The Clerk of Court is directed to serve the Respondent with copies the petition and amended petition in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 20th day of May, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge